IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-03292-MSK-BNB

EARL J. CLINTON;
ESTATE OF HEATHER E. CLINTON; deceased by R. Gregory Haller, Personal
Representative;
LARRY CLINTON; and
CHERYL CLINTON,

       Plaintiffs,

v.

NATHAN CORDOVA;
KAREN HARRINGTON;
MAUREEN COOPER;
MARK PERKINS;
JOHN DOES #1-5;
JANE DOES #1-5;
JOSE A. DOMINGUEZ; and
SEAN HAUSER,

       Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

       IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 11th day of January, 2012.

                                                  **BY THE COURT:**

_____

                                                  Marcia S. Krieger
                                                  United States District Judge