IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03292-MSK-BNB

EARL J. CLINTON,
ESTATE OF HEATHER E. CLINTON, deceased by R. GREGORY HALLER, Personal Representative,
LARRY CLINTON, and
CHERYL CLINTON,

Plaintiffs,

v.

NATHAN CORDOVA,
KAREN HARRINGTON,
MAUREEN COOPER,
JOHN DOES #1-5,
JANE DOES #1-5,
MARK PERKINS,
SEAN HAUSER, and
JOSE A. DOMINGUEZ,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of my Recommendation that the claim against defendants Nathan Cordova, Karen Harrington, Maureen Cooper, and Mark Perkins (the "State Defendants") be dismissed for failure to state a constitutional violation,

IT IS ORDERED:

(1) The State Defendants' **Motion to Stay** [Doc. # 29] is GRANTED;

(2) Discovery and all disclosure obligations are STAYED pending further order of the court; and

   (3) The parties shall file a joint status report within 14 days after any ruling by the district judge on the Recommendation, describing the nature and effect of the ruling and addressing any scheduling issues which should be determined.


DATED:  June 19, 2012